**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01187-CR

### RICHARD GEORGE FLECK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-82469-2014**

## ORDER

The Court **GRANTS** the November 5, 2014 request of court reporter Jennifer Corley for an extension of time to file the reporter's record. We **ORDER** Ms. Corley to file the reporter's record within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE